IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2008

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 08-cv-00942-BNB

BRIAN D. DIXON,

    Plaintiff,

v.

ADAMS COUNTY, COLORADO,
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 12, 2008, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00942-BNB

Brian D. Dixon
3318 - 39th Avenue
Evans, CO 80620-9164

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/13/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk