**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00942-LTB-BNB

BRIAN D. DIXON,

    Plaintiff,

v.

ADAMS COUNTY, COLORADO,
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

    Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that the Motion to Dismiss by Defendants Adams County, Colorado, and Board of County Commissioners of Adams County, Colorado (Doc 15) be granted and the action dismissed as to the these Defendants. The Recommendation was issued and served on February 2, 2009. Plaintiff has now filed specific written objections to the Magistrate Judge's recommendation. I have therefore reviewed the recommendation *de novo*. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that the Motion to Dismiss by Defendants Adams County, Colorado and Board of County Commissioners of Adams County, Colorado (Doc 15) is GRANTED and the above action is DISMISSED as to these Defendants.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:    February 23, 2009