IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00942-LTB-BNB

BRIAN D. DIXON,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The defendants submitted a proposed scheduling order, but it did not contain any input from the plaintiff.

IT IS ORDERED that the parties shall confer and shall submit a fully completed scheduling order on or before **April 21, 2009**.

IT IS FURTHER ORDERED that a settlement conference will be held on **August 28, 2009, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **August 21, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise,

including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **January 6, 2010, at 8:30 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 30, 2009**.

Dated April 6, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge