IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00942-LTB-BNB

BRIAN D. DIXON,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave** [Doc. #47, filed 5/4/09] (the "Motion"). The plaintiff "seeks leave from the court for the above listed action in order to devote a special attention to the Plaintiff's marriage in order to reconcile differences."

Because the plaintiff is proceeding *pro se*, I must liberally construe his papers. See Haines v. Kerner, 404 U.S. 519, 520-21 (1972). I construe the Motion as a request to stay the case.

The Motion is denied. Granting a stay would significantly delay a final determination on the merits, contrary to the expressed purpose of the federal rules to achieve a "just, speedy, and inexpensive determination of every action." Fed.R.Civ.P. 1.

IT IS ORDERED that the Motion is DENIED.

Dated May 11, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge