IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00942-LTB-BNB

BRIAN D. DIXON,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 14, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 31, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge