## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.   08-cv-00942-LTB-BNB

BRIAN D. DIXON,

      Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

      Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 54 - filed September 8, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   September 9, 2009